FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> AMIR SHABAZZ, </br></br> Defendant. | Case No.: 15-1821M </br></br> ORDER OF DETENTION </br> [18 U.S.C. §§ 3148(b), 3143(a)] |

On September 30, defendant Amir Shabazz made his initial appearance in this district following his arrest on a bench warrant issued by the Southern District of California on August 21, 2015 for alleged violations of the terms and conditions of pretrial releaseof .

Defendant had previously appeared in the Southern District of California on June 18, 2015 pursuant to bench warrants issued by the United States District Court for the Central District of California on April 17, 2014 for alleged violation(s) of the terms and conditions of pretrial release, failure to appear for a bond revocation hearing on August 20, 2015, a continued bond revocation hearing on August 24, 2015 and when defendant failed to appear for a sentencing hearing on

1  August 31, 2015 and a further bond revocation hearing on September 14,
2  2015.
3      The Court has reviewed the files and records in this matter and
4  conducted a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and
5  3143(a).
6      The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:
7      1.   Based on the factors set forth in 18 U.S.C. § 3142(g), there
8  no longer is any condition or combination of conditions of release
9  that will assure that the defendant will not flee or pose a danger to
10 the community if allowed to remain on bail pending future court
11 proceedings.
12     2.   The Court has taken into account the allegations of
13 defendant's noncompliance with the conditions of pretrial release,
14 which include (1) drug test results which revealed the use of cocaine,
15 marijuana and opiates on July 27, 2015 and August 26, 2015; (2)
16 defendant's failure to report for random drug testing on several dates
17 in August, 2015; and (3) defendant's arrest on September 19, 2015 for
18 driving with a suspended license and presenting false identification
19 to specific peace officers.  The Court notes that defendant is
20 currently on probation in a state matter, has a history of failures to
21 appear, and has a criminal history.
22     Further, the Court finds that the defendant's failure to appear
23 for sentencing constitutes a change in circumstances which justifies
24 reconsideration of the decision to allow him to remain on bail pending
25 future court appearances.  The Court now finds that, under the current
26 circumstances, clear and convincing evidence does not exist to show
27 that the defendant is not likely to flee or pose a danger to the
28

community if allowed to remain on bail.

   IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: September 30, 2015

                                   /s/
                              ALKA SAGAR
                    UNITES STATES MAGISTRATE JUDGE